### RICHARD L. PRESTON v.
### BOARD OF EDUCATION, WESTFIELD, NEW JERSEY.

February 23, 1972. Petition for certification is granted and it is further Ordered that the order of the Appellate Division be and the same is hereby reversed, and the judgment of the Trial Court is affirmed without prejudice to prompt prosecution of administrative remedies.

### STATE OF NEW JERSEY v. WILLIE LANG.

May 2, 1972. Petition for certification is granted and sentence of defendant is reduced to a minimum of seven years and a maximum of ten years, and the matter is remanded to trial court for entry of Judgment accordingly.

### STATE OF NEW JERSEY v. ROBERT MILLER.

May 2, 1972. Petition for certification is granted and sentence is modified by providing that its execution shall be suspended, defendant being placed on probation for one year from date hereof, terms of probation to be fixed by trial court.

### WILLIAM A. VANDERBECK v.
### PUBLIC SERVICE ELECTRIC AND GAS COMPANY.

June 30, 1972. Motion for Leave to Appeal is granted, and the matter is remanded to the Appellate Division with direction to allow the appeal.